UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GERALD A. ROGERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-565-PLR-CCS |
| | ) | |
| STEVE GRAVES, SHERIFF,[1] | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This is a petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee. Accordingly, the Clerk is **DIRECTED** to serve copies of the petition for a writ of habeas corpus [Doc. 1] and this memorandum and order upon Respondent.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order.[2] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent should specifically address whether the petition was timely filed and whether Petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

---

[1] As Petitioner is incarcerated at the Coffee County Jail, the proper respondent is the Sheriff of Coffee County, Steve Graves. Rule 2(a) of the Rules Governing 2254 Proceedings in the United States District Courts. Accordingly, the Clerk is **DIRECTED** to substitute Steve Graves as Respondent in this matter.

[2] Any state court records should be sent directly to the Knoxville Division at 800 Market Street, Suite 130, Knoxville, Tennessee 37902.

**ENTER:**

_____
**UNITED STATES DISTRICT JUDGE**